Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19–18934–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Briana Justine Edmonds
   401 Tuvira Ln.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx–xx–9619

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/3/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 3, 2019
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18934-ABA
Briana Justine Edmonds                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Sep 03, 2019
                             Form ID: 148          Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db            +Briana Justine Edmonds,    401 Tuvira Ln.,    Cherry Hill, NJ 08003-2674
518221316      AT&T,    PO Box 527104,    Atlanta, GA  30353-7104
518302407     +Bank of Missouri,    Attn Total Card, Inc.,    2700 S. Lorraine Place,
               Sioux Falls, SD 57106-3657
518221331     +Esurance,    640 Davis Street,    San Francisco, CA 94111-1946
518221330     +Geico,    5260 Western Avenue,    Chevy Chase, MD 20815-3799
518221317    #+Global Lending Services,    5 Concourse Pkwy., Suite 2925,    Atlanta, GA 30328-7104
518221319     +Mohela/Missouri Higher Education,    Loan Authority,    633 Spirit Drive,
               Chesterfield, MO 63005-1243
518221318      Penn Medicine,    PO Box 824406,    Philadelphia, PA  19182-4406
518221329     +Progressive,    6300 Wilson Mills Road,    Mayfield Village, OH 44143-2182
518221320     +Santander Bank,    824 North Market St., Suite 100,    Wilmington, DE 19801-4937
518221327     +The Bank of Missouri,    PO Box 85710,    Sioux Falls, SD 57118-5710
518225353     +US Department of Education/MOHELA,    633 Spirit Dr,    Chesterfield, MO 63005-1243
518221325     +Virtua,    303 Lippincott Dr.,    Marlton, NJ 08053-4160

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 00:27:02     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 00:26:59     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
518351707     +EDI: CINGMIDLAND.COM Sep 04 2019 03:53:00     AT&T Mobility II LLC,    %AT&T SERVICES INC.,
               KAREN A. CAVAGNARO  PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ. 07921-2693
518221326     +EDI: AMINFOFP.COM Sep 04 2019 03:53:00     First Premier Bank,    3820 N. Louise Ave.,
               Sioux Falls, SD 57107-0145
518221315     +E-mail/Text: bankruptcy@fult.com Sep 04 2019 00:27:57     Fulton Bank of New Jersey,
               533 Fellowship Road, Suite 250,    Mount Laurel, NJ 08054-3411
518275041      E-mail/Text: bankruptcy@glsllc.com Sep 04 2019 00:24:27     Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
518307761     +EDI: JEFFERSONCAP.COM Sep 04 2019 03:53:00     Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518221333      EDI: TDBANKNORTH.COM Sep 04 2019 03:53:00     TD Bank,    1701 Marlton Pike E,
               Cherry Hill, NJ  08034
518221328     +EDI: WFFC.COM Sep 04 2019 03:53:00     Wells Fargo,    420 Montgomery Street,
               San Francisco, CA 94104-1298
                                                                                       TOTAL: 9


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518221323      Aargon Agency Inc./PSEG,    NO ADDRESS PROVIDED,    DEBTOR TO NOTICE
518221321      Diversified Consultants/Sprint,    NO ADDRESS PROVIDED,    DEBTOR TO NOTICE
518221322      Financial Recoveries,    NO ADDRESS PROVIDED,    DEBTOR TO NOTICE
518221324      South Jersey Radiology Assc.,    NO ADDRESS PROVIDED,    DEBTOR TO NOTICE
518221332    ##+Sterling Storage LLC,    707 Warwick Rd.,    Hi-Nella, NJ 08083-2901
                                                                          TOTALS: 4, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                              Signature:  /s/Joseph Speetjens

District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Sep 03, 2019
                             Form ID: 148              Total Noticed: 22

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Global Lending Services, LLC dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
     summarymail@standingtrustee.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
        Rebecca Ann Solarz    on behalf of Creditor    Global Lending Services, LLC rsolarz@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                     TOTAL: 5